CHARLES S. CUSTER (SBN: 124270)
DANIEL T. BERKLEY (SBN: 50111)
JON C. YONEMITSU (SBN: 199026)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
ccuster@gordonrees.com
dberkley@gordonrees.com
jyonemitsu@gordonrees.com

Attorneys for Defendant
LANDAVAZO BROTHERS, INC.


MURIEL B. KAPLAN, ESQ. (SBN 124607)
MICHELE R. STAFFORD, ESQ. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstaffordasjlawcorp.com

Attorneys for Plaintiffs
GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the
OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND,
PENSION TRUST FUND FOR OPERATING ENGINEERS,
PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND,
OPERATING ENGINEERS AND
PARTICIPATING EMPLOYERS PRE- APPRENTICESHIP,
APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND,
HEAVY AND HIGHWAY COMMITTEE; and
OPERATING ENGINEERS LOCAL 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE- | CASE NO. C09-5741 TEH<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

-1-

Jt. Stipulation To Extend Time To Respond To Complaint, Reschedule CMC     Case No. C09-5741 TEH

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

|  |  |
|---|---|
| 1 | APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, HEAVY AND HIGHWAY COMMITTEE; AND OPERATING ENGINEERS LOCAL 3, |
| | Plaintiffs, |
| | vs. |
| | LANDAVAZO BROTHERS, INC., a California Corporation |
| | Defendant. |

This Stipulation to Extend the Time to Respond to the Complaint and to Reschedule the Initial Case Management Conference is entered into by and between Plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, PENSION TRUST FUND FOR OPERATING ENGINEERS, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE- APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, HEAVY AND HIGHWAY COMMITTEE; and OPERATING ENGINEERS LOCAL 3 and Defendant LANDAVAZO BROTHERS, INC. by and through their respective counsel with respect to the following:

1.      WHEREAS, Plaintiffs filed their Complaint on December 7, 2009. Defendant accepted service by Waiver of Summons on January 13, 2010.

2.      WHEREAS, defendant's time to respond to Plaintiffs' Complaint expires on February 15, 2010.

3.      WHEREAS, pursuant to Local Rule 6-1(a), the parties to this litigation stipulate to an extension of time for defendant to file a responsive pleading to Plaintiffs' Complaint;

4.      WHEREAS, this litigation involves ERISA claims of unpaid wages and deficient employer contributions to a union's pension trust fund over a four (4) year period;

5.      WHEREAS, the parties have had fruitful ongoing discussions regarding the

merits of this action in the hopes of achieving an early resolution with the intent of settling of this matter thereby eliminating the need for protracted litigation;

6. WHEREAS, the parties agree that providing Defendant with additional time to respond to Plaintiffs' Complaint will be beneficial towards achieving an early resolution of this matter;

7. WHEREAS, the parties stipulate to a 45-day extension of time to respond to Plaintiffs' Complaint, or until April 2, 2010;

8. WHEREAS, in the interest of judicial economy and their effort to minimize litigation expenses for the parties, the parties further stipulate to reschedule the Initial Case Management Conference currently set for March 15, 2010, to Monday, May 3, 2010;

9. WHEREAS, as the proposed Stipulation affects the currently set Case Management dates, the parties further stipulate that the Court modify its Order Setting Initial Case Management Conference and ADR Deadlines as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendant's Responsive pleading due | 2/15/2010 | 4/2/2010 |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov ) | 2/22/2010 | 4/9/2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov ) | 3/8/2010 | 4/23/2010 |
| INITIAL CASE MANAGEMENT CONFERENCE(CMC) in Courtroom 12, 19th Fl., SF at 1:30 PM | 3/15/2010 | 5/3/2010 |

Jt. Stipulation To Extend Time To Respond To Complaint, Reschedule CMC    Case No. C09-5741 TEH

Whereas, the parties agree that they will not suffer any prejudice by agreeing to the alternative dates set forth above.

**SO STIPULATED.**

Dated: February 15, 2010

SALTZMAN & JOHNSON LAW CORPORATION

By: /s/ Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

Dated: February 16, 2010

GORDON & REES LLP

By: /s/ Jon C. Yonemitsu
Jon C. Yonemitsu
Attorneys for Defendant

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, good cause appearing therefore, the following dates for the Initial Case Management Conference hearing and associated ADR Initial Order are extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendant's Responsive pleading due | 2/15/2010 | 4/2/2010 |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov ) | 2/22/2010 | 4/9/2010 |

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov ) | 3/8/2010 | 4/23/2010 |
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 12, 19th Fl., SF at 1:30 PM | 3/15/2010 | 5/3/2010 |

**IT IS SO ORDERED.**

Dated: _____02/16\_\_\_\_\_, 2010  _____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

